## WITHERWAX *against* AVERILL.

THE plaintiff declared on a judgment rendered in a justice's court. The defendant pleaded two pleas; 1. *nul tiel record,* and 2. *payment.*

*J. L. Wendell,* for the plaintiff, moved for a rule that the defendant elect which plea he would abide by.

*E. Cowen,* contra.

*A plea of nul tiel record, to a declaration on a judgment in a justice's court, is not triable by the record, but by jury; and may be joined with a plea of payment.*

**ALBANY,**
**Feb. 1827.**

**Jackson**
**v.**
**Tuttle.**

*Curia.* The ground upon which we compel a defendant to elect between a plea of *nul tiel record,* and other pleas, is, that their mode of trial is different; one being by the record, the others by jury. No such consequence follows here from retaining both pleas. The existence of a justice's judgment is not determinable at bar, by the record. It ranks as a specialty. (16 *John.* 233.) And the plea of *nul tiel record,* if it be good and capable of trial, in this case, must be tried by a jury.

Motion denied.